IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    v.                                                         CASE NO. 1:10-cv-00162-MP -GRJ

2005 FORD F-350 TRUCK VIN 1FTWW33P45EB39321,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 16, claimant Domingo Jimenez's Motion to Compel Production and Request for Attorney Fees and Other Relief.  The government responded at Doc. 17.  The motion at Doc. 16 asks for an order of the Court –

> granting [claimant's] Motion to Compel Production which was duly filed and served on March 4, 2011 , (Copy attached hereto) and to which the Plaintiff has failed and/or refused to comply with, despite Defendant's counsel's agreement to extend the time for responding thereto, by an additional 10 days...

The Court interprets this to mean that a request for production was served on the government on March 4, 2011, and that a copy of the Request for Production would be attached to the motion. Only a faxed letter from claimant's counsel to the government and an affidavit of claimant are attached to Doc. 16.  In Doc. 17, the government states that it has "complied with defendant's request for production of documents by providing the following...."  The response then lists five motions, but does not specify when they were produced.

Under Fed. R. Civ. P. 37(a)(5)(A), the Court must award payment of reasonable expenses for bringing a motion to compel if the nonmovant only produced the documents after the motion was filed.  Here, the Court does not know what was requested in the Requests to Produce and so cannot determine if the government's responses were compliant.   Also, the Court does not know

the date on which the government provided the five documents listed in its response, thus the Court cannot determine whether they trigger Fed. R. Civ. P. 37(a)(5)(A).  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The claimant shall file a clarification of its motion to compel which (1) has a copy of the Requests for Production attached; and (2) sets out the degree of compliance by the government and the dates thereof.

**DONE AND ORDERED** this _9th_  day of May, 2011

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge